STATE OF CONNECTICUT *v.* MAURICE WASHINGTON

The defendant's petition for certification for appeal from the Appellate Court, 28 Conn. App. 369, is denied.

*Alfred J. Onorato,* in support of the petition.

*Marjorie Allen Dauster,* deputy assistant state's attorney, in opposition.

Decided September 17, 1992

PULLMAN, COMLEY, BRADLEY AND REEVES *v.* TUCK-IT-AWAY BRIDGEPORT, INC., ET AL.

The defendant Vestpro Corporation's petition for certification for appeal from the Appellate Court, 28 Conn. App. 460, is denied.

*Alexander H. Schwartz,* in support of the petition.

*William J. Wenzel* and *Andrew J. McDonald,* in opposition.

Decided September 17, 1992

STATE OF CONNECTICUT *v.* REGINALD HARRIS

The defendant's petitions for certification for appeal from the Appellate Court, 28 Conn. App. 474, are denied.

*G. Douglas Nash,* public defender, in support of the petitions.

*Jack W. Fischer,* deputy assistant state's attorney, in opposition.

Decided September 17, 1992